IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:08-01155-SB |
| | ) | |
| vs | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(A) |
| **GREGORIO MALDONADO** | ) | 21 U.S.C. § 846 |
|    a/k/a **Keith Douglas** | ) | 18 U.S.C. § 1956(a)(1)(A)(i) |
|    a/k/a "**G**" | ) | 18 U.S.C. § 1956(a)(1)(B)(i) |
|    a/k/a "**G-Money**" | ) | 18 U.S.C. § 1957 |
|    a/k/a "**Greg**" | ) | 18 U.S.C. § 1956(h) |
| **FRANCISCO MONTE** | ) | 18 U.S.C. § 924(c)(1)(A)(i) |
|    a/k/a "**Cisco Kid**" | ) | 18 U.S.C. § 982(a)(1) |
|    a/k/a "**Monstro**" | ) | 18 U.S.C. § 924(d)(i) |
| **JACK CHASTAIN** | ) | 21 U.S.C. § 853(a)(1) |
|    a/k/a "**Jack**" | ) | 21 U.S.C. § 853(a)(2) |
|    a/k/a "**Old Man**" | ) | 21 U.S.C. § 881(a)(11) |
| **JOSHUA CRIDER** | ) | 28 U.S.C. § 2461(c) |
|    a/k/a "**Spider**" | ) | |
| **JORGE MALDONADO** | ) | SUPERSEDING INDICTMENT |
|    a/k/a "**Little G**" | ) | |
|    a/k/a "**Georgie**" | ) | |
| **CARLOS TEJADA** | ) | |
| **ANNA MALDONADO** | ) | |
|    a/k/a **Alfaro Reyna** | ) | |
| **ANTHONY STERLING MILLER** | ) | |
|    a/k/a "**Ant**" | ) | |
|    a/k/a "**A**" | ) | |
|    a/k/a "**New York**" | ) | |
|    a/k/a "**Tony**" | ) | |
|    a/k/a "**Al**" | ) | |
|    a/k/a "**Big Al**" | ) | |
|    a/k/a "**Big A**" | ) | |
|    a/k/a "**X**" | ) | |
| **JESUS SALAZAR-RAMIREZ** | ) | |
|    a/k/a "**El Indio**" | ) | |
|    a/k/a "**The Indian**" | ) | |
|    a/k/a "**Mune**" | ) | |
|    a/k/a "**Indio**" | ) | |
|    a/k/a **Alfredo Salazar** | ) | |
| **MARCELINO HERNANDEZ-GARCIA** | ) | |
|    a/k/a "**Marcello**" | ) | |
|    a/k/a **Gabriel Carmona-Valencia** | ) | |

```
FERNANDO MADRID RASCON              )
    a/k/a Madrid Fernando            )
    a/k/a Fernando Madrid            )
RAUL GREGORIO RASCON                 )
    a/k/a "Gregorio"                 )
DANNY MIGUEL SANCHEZ                 )
    a/k/a Juaan Miguel Carbajal      )
    a/k/a Miguel Carbajal            )
ROYDER AZMITIA                       )
    a/k/a "Roger"                    )
    a/k/a Royder Hernandez Azmita    )
MERARDO GUEVARA-ROCHIN               )
    a/k/a "El Primo"                 )
JOEL SANTANA                         )
EDWARD JESSE CANTU                   )
    a/k/a "Lupe"                     )
    a/k/a Emmanuel Echeverria-Patino )
ROBERTO BUSTAMANTE CRESPO            )
    a/k/a Roberto Crespo             )
```

## COUNT 1

THE GRAND JURY CHARGES:

That beginning in or around January 2006, and continuing thereafter, up to and including the date of this Superseding Indictment, in the District of South Carolina and elsewhere, the Defendants, **GREGORIO MALDONADO, a/k/a Keith Douglas, a/k/a "G," a/k/a "G-Money," a/k/a "Greg," FRANCISCO MONTE, a/k/a "Cisco Kid," a/k/a "Monstro," JACK CHASTAIN, a/k/a "Jack," a/k/a "Old Man," JOSHUA CRIDER, a/k/a "Spider," JORGE MALDONADO, a/k/a "Little G," a/k/a "Georgie," CARLOS TEJADA, ANNA MALDONADO, a/k/a Alfaro Reyna, ANTHONY STERLING MILLER, a/k/a "Ant," a/k/a "A," a/k/a "New York," a/k/a "Tony," a/k/a "Al," a/k/a "Big Al," a/k/a "Big A," a/k/a "X," JESUS SALAZAR-RAMIREZ, a/k/a "El Indio," a/k/a "The Indian," a/k/a "Mune," a/k/a "Indio," a/k/a Alfredo Salazar, MARCELINO**

2

**HERNANDEZ-GARCIA, a/k/a "Marcello," a/k/a Gabriel Carmona-Valencia, FERNANDO MADRID RASCON, a/k/a Madrid Fernando, a/k/a Fernando Madrid, RAUL GREGORIO RASCON, a/k/a "Gregorio," DANNY MIGUEL SANCHEZ, a/k/a Juaan Miguel Carbajal, a/k/a Miguel Carbajal, ROYDER AZMITIA, a/k/a "Roger," a/k/a Royder Hernandez Azmita, MERARDO GUEVARA-ROCHIN, a/k/a "El Primo,"JOEL SANTANA, EDWARD JESSE CANTU, a/k/a "Lupe," a/k/a Emmanuel Echeverria-Patino, and ROBERTO BUSTAMANTE CRESPO, a/k/a Roberto Crespo**, knowingly and intentionally did combine, conspire and agree and have tacit understanding with each other and others, both known and unknown to the grand jury, to knowingly, intentionally and unlawfully possess with intent to distribute and distribute cocaine, a Schedule II controlled substance, said conspiracy involving 5 kilograms or more of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A);

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That beginning at a time unknown to the Grand Jury, but beginning at least in or around January 2007, and continuing thereafter up to and including the date of this Superseding Indictment, in the District of South Carolina and elsewhere, the defendants, **GREGORIO MALDONADO, a/k/a Keith Douglas, a/k/a "G," a/k/a "G-Money," a/k/a "Greg," FRANCISCO MONTE, a/k/a "Cisco Kid," a/k/a "Monstro," JACK CHASTAIN, a/k/a "Jack," a/k/a "Old Man," JOSHUA CRIDER, a/k/a "Spider," JORGE MALDONADO, a/k/a "Little G," a/k/a "Georgie," CARLOS TEJADA, ANNA MALDONADO, a/k/a Alfaro Reyna, ANTHONY STERLING**

3

MILLER, a/k/a "Ant," a/k/a "A," a/k/a "New York," a/k/a "Tony," a/k/a "Al," a/k/a "Big Al," a/k/a "Big A," a/k/a "X," JESUS SALAZAR-RAMIREZ, a/k/a "El Indio," a/k/a "The Indian," a/k/a "Mune," a/k/a "Indio," a/k/a Alfredo Salazar, MARCELINO HERNANDEZ-GARCIA, a/k/a "Marcello," a/k/a Gabriel Carmona-Valencia, FERNANDO MADRID RASCON, a/k/a Madrid Fernando, a/k/a Fernando Madrid, RAUL GREGORIO RASCON, a/k/a "Gregorio," DANNY MIGUEL SANCHEZ, a/k/a Juaan Miguel Carbajal, a/k/a Miguel Carbajal, ROYDER AZMITIA, a/k/a "Roger," a/k/a Royder Hernandez Azmita, MERARDO GUEVARA-ROCHIN, a/k/a "El Primo," JOEL SANTANA, EDWARD JESSE CANTU, a/k/a "Lupe," a/k/a Emmanuel Echeverria-Patino, and ROBERTO BUSTAMANTE CRESPO, a/k/a Roberto Crespo, knowingly and intentionally did combine, conspire, agree and have tacit understanding with each other and other persons, both known and unknown to the Grand Jury, to conduct and attempt to conduct financial transactions which in fact involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, and further knowing that (1) the transactions were designed to promote the carrying on of the specified unlawful activity; (2) the transactions were designed, in whole and in part, to conceal and disguise the nature, the location, the source, the ownership and the control of the proceeds of specified unlawful activity; and (3) the transactions involved criminally derived property of a value greater than $10,000; in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i), 1956(a)(1)(B)(i), 1957 and 2;

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

That on or about October 13, 2008, in the District of South Carolina, the defendant, **GREGORIO MALDONADO, a/k/a Keith Douglas, a/k/a "G", a/k/a "G-Money", a/k/a "Greg",** knowingly used and carried a firearm during and in relation to, and possessed a firearm in furtherance of, a drug trafficking crime, which is prosecutable in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE

1. <u>DRUG TRAFFICKING OFFENSES</u>:

Upon conviction for one or more violations of Title 21, United States Code, Sections 846 and 841(a)(1), as charged in this Superseding Indictment, the Defendants, **GREGORIO MALDONADO, a/k/a Keith Douglas, a/k/a "G," a/k/a "G-Money," a/k/a "Greg," FRANCISCO MONTE, a/k/a "Cisco Kid," a/k/a "Monstro," JACK CHASTAIN, a/k/a "Jack," a/k/a "Old Man," JOSHUA CRIDER, a/k/a "Spider," JORGE MALDONADO, a/k/a "Little G," a/k/a "Georgie," CARLOS TEJADA, ANNA MALDONADO, a/k/a Alfaro Reyna, ANTHONY STERLING MILLER, a/k/a "Ant," a/k/a "A," a/k/a "New York," a/k/a "Tony," a/k/a "Al," a/k/a "Big Al," a/k/a "Big A," a/k/a "X," JESUS SALAZAR-RAMIREZ, a/k/a "El Indio," a/k/a "The Indian," a/k/a "Mune," a/k/a "Indio," a/k/a Alfredo Salazar, MARCELINO HERNANDEZ-GARCIA, a/k/a "Marcello," a/k/a Gabriel Carmona-Valencia, FERNANDO MADRID RASCON, a/k/a Madrid Fernando, a/k/a Fernando Madrid, RAUL GREGORIO RASCON, a/k/a "Gregorio," DANNY MIGUEL SANCHEZ, a/k/a Juaan Miguel Carbajal, a/k/a Miguel Carbajal, ROYDER AZMITIA, a/k/a "Roger," a/k/a Royder Hernandez Azmita, MERARDO GUEVARA-ROCHIN, a/k/a "El Primo," JOEL SANTANA, EDWARD JESSE CANTU, a/k/a "Lupe," a/k/a Emmanuel Echeverria-Patino, ROBERTO BUSTAMANTE CRESPO, a/k/a Roberto Crespo**, shall forfeit to the United States all of the Defendants' right, title and interest in and to any property, real and personal,

      A.    constituting or derived from any proceeds the Defendants obtained, directly or indirectly, as the result of such violations of Title 21, United States Code, and all property traceable to such property; or

        B.      used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations of Title 21, United States Code.

2.      MONEY LAUNDERING OFFENSE:

Upon conviction for a violation of Title 18, United States Code, Section 1956(h), as charged in Count 2 of this Superseding Indictment, the Defendants, **GREGORIO MALDONADO, a/k/a Keith Douglas, a/k/a "G," a/k/a "G-Money," a/k/a "Greg," FRANCISCO MONTE, a/k/a "Cisco Kid," a/k/a "Monstro," JACK CHASTAIN, a/k/a "Jack," a/k/a "Old Man," JOSHUA CRIDER, a/k/a "Spider," JORGE MALDONADO, a/k/a "Little G," a/k/a "Georgie," CARLOS TEJADA, ANNA MALDONADO, a/k/a Alfaro Reyna, ANTHONY STERLING MILLER, a/k/a "Ant," a/k/a "A," a/k/a "New York," a/k/a "Tony," a/k/a "Al," a/k/a "Big Al," a/k/a "Big A," a/k/a "X," JESUS SALAZAR-RAMIREZ, a/k/a "El Indio," a/k/a "The Indian," a/k/a "Mune," a/k/a "Indio," a/k/a Alfredo Salazar, MARCELINO HERNANDEZ-GARCIA, a/k/a "Marcello," a/k/a Gabriel Carmona-Valencia, FERNANDO MADRID RASCON, a/k/a Madrid Fernando, a/k/a Fernando Madrid, RAUL GREGORIO RASCON, a/k/a "Gregorio," DANNY MIGUEL SANCHEZ, a/k/a Juaan Miguel Carbajal, a/k/a Miguel Carbajal, ROYDER AZMITIA, a/k/a "Roger," a/k/a Royder Hernandez Azmita, MERARDO GUEVARA-ROCHIN, a/k/a "El Primo," JOEL SANTANA, EDWARD JESSE CANTU, a/k/a "Lupe," a/k/a Emmanuel Echeverria-Patino, ROBERTO BUSTAMANTE CRESPO, a/k/a Roberto Crespo**, shall each forfeit to the United States pursuant to 18 U.S.C. § 982(a)(1) all of the Defendant's right, title and interest in and to any property, real and personal, involved in, or traceable to such property;

3. PROPERTY:

Pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), 881(a)(11), Title 18, United States Code, Sections 982(a)(1) and 924(d)(1), and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendants for offenses charged in this Superseding Indictment includes, but is not limited to, the following property:

    A. Proceeds/Money Judgment:

        (1) A sum of money equal to all property the defendants obtained as a result of the drug offenses charged in Count 1 of the Superseding Indictment, that is a minimum of $800,000.00 in United States currency, and all interest and proceeds traceable thereto for which the Defendants are liable.

        (2) A sum of money equal to all property, real and personal, involved in money laundering transactions conducted as part of the money laundering conspiracy charged in Count 2 of the Superseding Indictment, and all proceeds traceable to such property.

    B. Currency:

        (1) Approximately $401,942.00 in United States currency seized from Defendant JOSHUA CRIDER, on March 3, 2008.

        (2) Approximately $1,407,209.00 in United States currency seized from Defendant **JACK CHASTAIN**, on September 18, 2008.

    C. Vehicles:

        (1) 2003 BMW 530i
            VIN No. WBADT63453CK35200
            SC License Plate No. 1926CL
            Registered Owner: Joshua Crider

        (2) 2007 Nissan Armada
            VIN No. 5N1AA08C47N713251
            NY License Plate No. DWX 6510
            Registered Owner: Danny Sanchez

       (3)      1999 Volkswagen Passat
                   VIN No. WVWNA63BOXE062515
                   SC License Plate No. ADV 407
                   Registered Owner: Yesenia Ramos

D.    <u>Firearms:</u>

    (1)    Beretta, Model 96, .40 caliber pistol
            Serial Number:    A05694M
            Seizure Date:     10/13/08

    (2)    Smith & Wesson, Model SW990, .40 caliber pistol
            Serial Number:    SAF1067
            Seizure Date:     10/13/08

4.    <u>SUBSTITUTION OF ASSETS:</u>

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendants –

    (1)    cannot be located upon the exercise of due diligence;

    (2)    has been transferred or sold to, or deposited with, a third person;

    (3)    has been placed beyond the jurisdiction of the Court;

    (4)    has been substantially diminished in value; or

    (5)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the said Defendants up to an amount equivalent to the value of the above-described forfeitable property;

Pursuant to Title 21, United States Code, Sections 853, 881(a)(11), Title 18, United States Code, Sections 982(a)(1), 924(d), and Title 28, United States Code, Section 2461(c).

9

A  _____True_____  BILL

_____
FOREPERSON

_____
W. WALTER WILKINS (ptp)
UNITED STATES ATTORNEY

10